# United States Court of Appeals for the First Circuit

**United States of America,**     \*
       *Appellee*

    **v.**                 \*               **No. 25-1871**

**Yves Isidor,**             \*
       *Appellant*

## Appellant's Motion to Hold Appeal in Abeyance

Yves Isidor moves without opposition from the government to hold this appeal in abeyance, because at least three jury notes are not in the record. Fed. R. App. P. 27. In support,

1. Three District Court docket entries refer to jury question(s) (MAD No. 1:23-cr-10101-WGY-1, Doc's 102, 103, 115), but no jury notes appear in the record.

2. I was not Isidor's trial counsel, and competent representation requires examination of all communication between the jury and District Court with due diligence. *See Anders v. California,* 386 U.S. 738 (1967).

3.      After preparing with the thoroughness reasonably necessary (*id.*), I must discuss the bases for appeal and proposed arguments with Isidor, who is incarcerated.

4.      Generally, communicating with clients who are detained takes more time to arrange and accomplish than meetings with clients who are not.

5.      I have informed Christina Moehrle Grimes and Victor A. Wild, who are counsel of record for the government that I intend to file this Motion.

6.      Jason Poole, who is also counsel of record for the government, responded that the government is unopposed.

## Conclusion

The Court should hold this appeal in abeyance until the District Court enters the jury note(s) as exhibits in *United States v. Yves Isidor*, MAD No. 1:23-cr-10101-WGY-1 or provides copies.  If Judge Young's Courtroom Deputy Clerk sends copies instead of entering the jury note(s) as exhibits, I will inform this Court and move to supplement the record.

/s/ *William L. Welch,* III

William L. Welch, III
wlw@wwelchattorney.com
5305 Village Center Drive, Suite 142
Columbia, Maryland 21044
Telephone: (410) 615-7186
Facsimile: (410) 630-7760
Counsel for Appellant Yves Isidor
(Appointed by this Court)

## Certificate of Compliance

This Motion complies with length limits, because excluding the parts of the document exempted by Rule, it contains approximately 244 words. Fed. R. App. P. 27(d)(2)(A), 32(f).

This Motion complies with the typeface and type style requirements because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font. Fed. R. App. P. 32(a)(5)(A).

/s/ *William L. Welch,* III

William L. Welch, III

## Certificate of Service

I certify on this 24th day of March 2026 a copy of the foregoing Motion to Hold Appeal in Abeyance was delivered electronically to Christina Moehrle Grimes (christina.grimes@usdoj.gov), DOJ-Tax, 150 M Street NE, Washington, DC 20002 and to Victor A. Wild (victor.wild@usdoj.gov), Office of the United States Attorney, 1 Courthouse Way, Suite 900, Boston, MA 02210.

/s/ *William L. Welch, III*

William L. Welch, III